ORIGINAL

FILED
2007 JUL -6 P 3:10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ANDREW J. JARAMILLO, Bar No. 198303
STEVEN K. GANOTIS, Bar No. 234252
ajj@paynefears.com
skg@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
HOME DEPOT U.S.A., INC.(erroneously sued as THE HOME DEPOT)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HITT,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,<br><br>    Defendants. | CASE NO. C-07-3485 HRL<br><br>(Santa Clara County Superior Court Case No. 107CV-086760)<br><br>**DECLARATION OF STEVEN K. GANOTIS RE:**<br><br>**(1) SERVICE OF NOTICE OF REMOVAL UPON PLAINTIFF**<br><br>**(2) FILING OF NOTICE OF REMOVAL AND NOTICE TO PLAINTIFF IN SANTA CLARA COUNTY SUPERIOR COURT**<br><br>**(3) FILING OF PROOFS OF SERVICE**<br><br>Date Action Filed: May 29, 2007<br>Trial Date: None set |

I, Steven K. Ganotis, declare as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California, and I am an associate at the law firm of Payne & Fears LLP, counsel of record for defendant Home Depot U.S.A., Inc. (erroneously sued as "The Home Depot, Inc.") (hereinafter "Defendant") in this action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On July 5, 2007, I caused Defendant's Petition and Notice of Removal of Civil Action under 28 U.S.C. §§ 1332 and 1441(b) (the "Notice of Removal") to be filed in this Court. On July 6, 2007, after filing the Notice of Removal in this Court, I caused Defendant's Notice to Clerk of the Santa Clara County Superior Court of Removal of Civil Action to United States District Court for the Northern District of California (the "Notice to Clerk") to be filed in the Santa Clara County Superior Court, where this action had been pending. A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Clerk. A true and correct copy of the Notice to Clerk, file-stamped by the Santa Clara County Superior Court, is attached as Exhibit "A" hereto.

3. Attached hereto as Exhibit "B" is the Notice to Plaintiff of Removal of Civil Action to United States District Court for the Northern District of California.

4. Attached hereto as Exhibit "C" is a Proof of Service of the Notice of Removal upon Plaintiff.

5. Attached hereto as Exhibit "D" is a Proof of Service of the Notice to Clerk upon Plaintiff.

DECLARATION OF STEVEN K. GANOTIS                                Case No. C-07-3485 HRL

6. Attached hereto as Exhibit "E" is a Proof of Service of the Notice to Plaintiff upon Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on July 6, 2007.

STEVEN K. GANOTIS

361224.1

---

DECLARATION OF STEVEN K. GANOTIS         3         Case No. C-07-3485 HRL