```
1  Gerald A. Emanuel (State Bar No. 61049)
   Jacquetta M. Lannan (State Bar No. 247811)
2  Hinkle, Jachimowicz, Pointer & Emanuel
   2007 W. Hedding St.
3  San Jose, CA 95128
4  Phone: 408-246-5500
   Fax: 408-246-1051
5  Email: jlannan@hinklelaw.com

6
   Attorneys for Plaintiff
7  BARBARA HITT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA HITT, | ) | |
|---|---|---|
| | ) | Civil Action No. C07 3485 |
| Plaintiff | ) | |
| | ) | Certification of Interested Entities or Persons |
| v. | ) | |
| | ) | |
| THE HOME DEPOT et al, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is not such interest to report.

Dated: 9/14/07

Hinkle, Jachimowicz, Pointer & Emanuel

By: _____

Jacquetta M. Lannan

Attorneys for Plaintiff
BARBARA HITT

- 1 -

CERTIFICATION OF INTERESTED PARITES