UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA HITT

No. C 07 3485

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

v.

THE HOME DEPOT, et al.

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 25, 2007

Signature

Counsel for Plaintiff, BARBARA HITT
(Plaintiff, Defendant or indicate "pro se")