1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  BARBARA HITT                              No.  C 07 3485

12          Plaintiff(s),
                                             **CONSENT TO PROCEED BEFORE A**
13    v.                                     **UNITED STATES MAGISTRATE JUDGE**

14  THE HOME DEPOT, et al.

15          Defendant(s).
                                    _____/

16

17          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

19  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

20  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

21  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22

23                                          PAYNE & FEARS, LLP

24  Dated: September 25, 2007            _____
                                         Signature
25
                                         Counsel for Defendant Home Depot
26                                       (Plaintiff, Defendant or indicate "pro se")

27

28

NDC-07