1  ANDREW J. JARAMILLO, Bar No. 198303
   STEVEN K. GANOTIS, Bar No. 234252
2  ajj@paynefears.com
   skg@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
5  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
6
7  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA HITT,                              | CASE NO. C 07-03485 HRL
12 |       Plaintiff,                           | (Santa Clara County Superior Court Case No. 107CV-086760)
13 | v.                                         |
                                                | **REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY**
14 | THE HOME DEPOT, a Corporation,             |
   | GEORGE DAVIDSON, an individual,            |
15 | GINNY LNU, and DOES 1-50,                  | Conference Date: October 9, 2007
                                                | Time:            1:30 p.m.
16 |       Defendants.                          | Courtroom:       2, Fifth Floor, SJ
17                                              | Judge:           Magistrate Judge Harold R. Lloyd

18

19
       Home Depot U.S.A, Inc. (Defendant), by its attorney, Steven K. Ganotis of Payne & Fears,
20
   LLP, respectfully requests permission of this court to appear telephonically at the October 9, 2007,
21
   Initial Case Management Conference.
22

23

24

25

26

27

28

REQUEST TO ATTEND INITIAL CASE MANAGEMENT
CONFERENCE TELEPHONICALLY                                    Case No. C 07-03484 HRL

| | | |
|---|---|---|
| 1 | DATED: October 1, 2007 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ANDREW J. JARAMILLO |
| | | STEVEN K. GANOTIS |
| 5 | | Attorneys for Defendant |
| 6 | | HOME DEPOT U.S.A., INC. (erroneously sued as THE HOME DEPOT) |

371412.1

REQUEST TO ATTEND INITIAL CASE MANAGEMENT
CONFERENCE TELEPHONICALLY

Case No. C 07-03484 HRL

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860