*E-filed 10/3/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA HITT,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,<br><br>        Defendants.<br>_____/ | Case No. C07-03485 HRL<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Docket No. 14 |

Defense counsel submits a request to appear by telephone at the Case Management Conference set for October 9, 2007. The court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: 10/3/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Gerald A. Emanuel     jemanuel@hinklelaw.com, skehoe@hinklelaw.com

Steven Kyle Ganotis    skg@paynefears.com, dhopkins@paynefears.com, SF.CourtNotices@paynefears.com

Andrew J. Jaramillo    ajj@paynefears.com

Jacquetta May Lannan    jlannan@hinklelaw.com

Dated: 10/3/07

                                          /s/ KRO
                              Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California