# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   October 9, 2007                                           Time in Court: 6 min.

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Barbara Hitt v. The Home Depot, et. al.
**CASE NUMBER**: C07-03485HRL
Plaintiff Attorney present: Jacquetta Lannan
Defendant Attorney present: Steven Ganotis

---

**PROCEEDINGS: Case Management Conference**


Parties stipulate to private mediation.  Court schedules a jury trial for August 5, 2008 with a final pre-trial conference on July 29, 2008.

Court to issue written order.