*E-filed 10/10/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA HITT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,<br><br>    Defendants.<br>_____/ | Case No. C07-03485 HRL<br><br>**ORDER DISMISSING DEFENDANTS GEORGE DAVIDSON AND GINNY LNU** |

At the October 9, 2007 Case Management Conference, plaintiff's counsel stated on the record Plaintiff's intent to voluntarily dismiss this action as to the individually named Defendants, George Davidson and Ginny Lnu (aka Ginny Burns).  These parties have not been served, nor have they entered an appearance in this action.

Accordingly, the action is dismissed without prejudice with respect to these two defendants.

**IT IS SO ORDERED.**

Dated: 10/10/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Gerald A. Emanuel    jemanuel@hinklelaw.com, skehoe@hinklelaw.com

Steven Kyle Ganotis    skg@paynefears.com, dhopkins@paynefears.com, SF.CourtNotices@paynefears.com

Andrew J. Jaramillo    ajj@paynefears.com

Jacquetta May Lannan    jlannan@hinklelaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 10/10/07

                                       /s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd