*E-filed 10/10/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NOT FOR CITATION

| | |
|---|---|
| BARBARA HITT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,<br><br>    Defendants. | Case No. C07-03485 HRL<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The order that follows is based on the discussion at the October 9, 2007 Case Management Conference and the previously filed Joint Case Management Statement.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply, except for the agreed upon expansion of the Rule 30 limit on deposition testimony as applied to Plaintiff Hitt from 7 hours to 21 hours.

If the case has not settled, the parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

//

//

1  The following schedule shall also apply to this case:

2  Fact Discovery Cutoff ................................................. April 1, 2008

3  Designation of Experts with Reports ................................ April 29, 2008

4  Designation of Rebuttal Experts with Reports ....................... May 13, 2008

5  Expert Discovery Cutoff ............................................ June 10, 2008

6  Last Day for Hearings on Dispositive Motions ............ June 24, 2008 at 10:00 a.m.

7  Final Pretrial Conference .............................. July 29, 2008 at 1:30 p.m.

8  Jury Trial ........................................................ August 5, 2008

10  Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

13  Furthermore, the parties shall comply with the court's Standing Order re: Pretrial Preparation with respect to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

17  **IT IS SO ORDERED.**

18  Dated: 10/10/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Gerald A. Emanuel    jemanuel@hinklelaw.com, skehoe@hinklelaw.com

Steven Kyle Ganotis    skg@paynefears.com, dhopkins@paynefears.com, SF.CourtNotices@paynefears.com

Andrew J. Jaramillo    ajj@paynefears.com

Jacquetta May Lannan    jlannan@hinklelaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 10/10/07

/s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd

3