1  ANDREW J. JARAMILLO, Bar No. 198303
   STEVEN K. GANOTIS, Bar No. 234252
2  ajj@paynefears.com
   skg@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
5  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8                        **UNITED STATES DISTRICT COURT**

9                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | BARBARA HITT,                          | CASE NO. C 07 03485 HRL
12 |    Plaintiff,                          |
13 |    v.                                  | **NOTICE OF SETTLEMENT**
14 | THE HOME DEPOT, a Corporation,         |
   | GEORGE DAVIDSON, an individual,        | Judge: Magistrate Judge Harold R. LloydDate
15 | GINNY LNU, and DOES 1-50,              | Courtroom: Courtroom 2, Fifth Floor SJ
16 |    Defendants.                         | Action Filed:  May 29, 2007
17                                            Trial Date:    August 5, 2008

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT                                              Case No. C 07 03485 HRL

**TO THE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that this entire action has settled by and between Plaintiff Barbara Hitt ("Hitt") and Defendant Home Depot U.S.A., Inc. ("Home Depot") (collectively, the "Parties"), and that the Parties are in the process of finalizing the written settlement agreement.

This Notice of Settlement documents that this case has settled so that all pending dates and deadlines may be vacated. The Parties will file a stipulation and order seeking a dismissal of this entire case by Court Order pursuant to Federal Rule of Civil Procedure 41(a)(1) within sixty (60) days.

DATED: March 28, 2008                    PAYNE & FEARS LLP

By: /s/_____
ANDREW J. JARAMILLO
STEVEN K. GANOTIS

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued as THE HOME DEPOT)

390719.1