*E-filed 4/1/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BARBARA HITT,

    Plaintiff,

v.

THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,

    Defendants.

_____/

Case No. C07-03485 HRL

**ORDER (1) VACATING TRIAL AND PRETRIAL DATES AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**

    The parties have advised that they have entered a full settlement in the above-entitled action and request sixty days to finalize the settlement. Accordingly, the court VACATES all trial and pretrial dates. **On or before June 2, 2008**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a).

    If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 24, 2008 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause **no later than June 10, 2008.**[1]

---

[1] The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

1   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be
automatically vacated and the parties need not file a joint statement in response to this Order.

**IT IS SO ORDERED.**

Dated: 4/1/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Gerald A. Emanuel jemanuel@hinklelaw.com, pstokes@hinklelaw.com

Steven Kyle Ganotis skg@paynefears.com, acarr@paynefears.com, SF.CourtNotices@paynefears.com

Andrew J. Jaramillo ajj@paynefears.com, liwata@paynefears.com

Jacquetta May Lannan jlannan@hinklelaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/1/08

                /s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd