1   GERALD A. EMANUEL, Bar No. 61049
    JACQUETTA M. LANNAN, Bar No. 247811
2   jlannan@hinklelaw.com
    HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3   2007 West Hedding Street, Suite 100
    San Jose, CA 95126
4   Telephone: (408) 246-5500
    Facsimile: (408) 246-1051
5
6   Attorneys for Plaintiff
    BARBARA HITT
7

8   ANDREW J. JARAMILLO, Bar No. 198303
    STEVEN K. GANOTIS, Bar No. 234252
9   ajj@paynefears.com
    skg@paynefears.com
10  PAYNE & FEARS LLP
    Attorneys at Law
11  One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
12  Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
13
    Attorneys for Defendant
14  HOME DEPOT U.S.A., INC.

15                      UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18  BARBARA HITT,                        CASE NO. C 07 3485 HRL

19              Plaintiff,               **STIPULATION AND ORDER FOR
                                         DISMISSAL OF ENTIRE CASE**
20        v.
                                         Judge: Magistrate Judge Harold R. Lloyd
21  THE HOME DEPOT, a Corporation,       Courtroom: Courtroom 2, Fifth Floor SJ
    GEORGE DAVIDSON, an individual,
22  GINNY LNU, and DOES 1-50,            Action Filed: May 29, 2007
                                         Trial Date:   August 5, 2008
23              Defendants.

1  IT IS HEREBY STIPULATED by and between Plaintiff Barbara Hitt ("Hitt") and
2  Defendant Home Depot U.S.A., Inc., through their counsel of record, that all claims for relief in
3  the above-captioned action brought by Hitt be and hereby are dismissed with prejudice pursuant to
4  Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys'
5  fees.

DATED: April 4, 2008.        HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /s/_____
    GERALD A. EMANUEL
    JACQUETTA M. LANNAN

Attorneys for Plaintiff
BARBARA HITT

DATED: April 4, 2008         PAYNE & FEARS LLP

By: /s/_____
    ANDREW J. JARAMILLO
    STEVEN K. GANOTIS

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF BARBARA HITT BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

Dated: _____        _____

                                        Honorable Harold R. Lloyd

391917.1

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION      Case No. C 07 3485 HRL