*E-filed 4/8/08*

1  GERALD A. EMANUEL, Bar No. 61049
   JACQUETTA M. LANNAN, Bar No. 247811
2  jlannan@hinklelaw.com
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3  2007 West Hedding Street, Suite 100
   San Jose, CA 95126
4  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
5
6  Attorneys for Plaintiff
   BARBARA HITT
7

8  ANDREW J. JARAMILLO, Bar No. 198303
   STEVEN K. GANOTIS, Bar No. 234252
9  ajj@paynefears.com
   skg@paynefears.com
10 PAYNE & FEARS LLP
   Attorneys at Law
11 One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
12 Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
13
   Attorneys for Defendant
14 HOME DEPOT U.S.A., INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HITT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, a Corporation, GEORGE DAVIDSON, an individual, GINNY LNU, and DOES 1-50,<br><br>    Defendants. | CASE NO. C 07 3485 HRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE**<br><br>Courtroom: Courtroom 2, Fifth Floor SJ<br><br>Action Filed: May 29, 2007<br>Trial Date: August 5, 2008 |

IT IS HEREBY STIPULATED by and between Plaintiff Barbara Hitt ("Hitt") and Defendant Home Depot U.S.A., Inc., through their counsel of record, that all claims for relief in the above-captioned action brought by Hitt be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: April 4, 2008.            HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /s/_____
    GERALD A. EMANUEL
    JACQUETTA M. LANNAN

Attorneys for Plaintiff
BARBARA HITT

DATED: April 4, 2008            PAYNE & FEARS LLP

By: /s/_____
    ANDREW J. JARAMILLO
    STEVEN K. GANOTIS

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF BARBARA HITT BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

Dated: 4/8/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

3

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION    Case No. C 07 3485 HRL